No. 93–8167. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8169. MCCASKEY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8172. ROSA v. UNITED STATES; and
No. 93–8197. HERNANDEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8173. LYSNE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8177. BACKSTROM v. IOWA DISTRICT COURT FOR JONES COUNTY; and LEEPS v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 93–8181. ROSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8182. NAVANICK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8186. O'MURCHU v. SUTER. C. A. D. C. Cir. Certiorari denied.

No. 93–8192. JAMES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8193. GIBBS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8196. HAGHIGHAT-JOU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8198. INNIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8202. TERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8203. VAN SICKLE v. MCGINNIS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–8204. HUTCHINSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.